**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Meinerz, ) | No. CV 12-1453-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Border Collie Rescue, Inc.; Chiulista ) Services, Inc., ) | |
| Defendants. ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010) (discussing the citizenship of corporations).

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that by August 24, 2012, Defendant Chiulista Services, Inc. (as the party asserting jurisdiction and therefore, with the burden of pleading jurisdiction, *see Lew v. Moss*, 797 F.2d 747, 749 (9th Cir. 1986)) shall file a supplement to the notice of removal properly alleging federal subject matter jurisdiction, or this case will be remanded for lack of federal subject matter jurisdiction.

DATED this 10th day of August, 2012.

James A. Teilborg
United States District Judge